# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Lakesha King, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:23-cv-05340-JPB-JSA |
| v. ) | |
| ) | |
| Upgrade, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Lakesha King, by and through undersigned counsel, hereby dismisses this action against Defendant, Upgrade, Inc., **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 8th day of March, 2024.

                                             **BERRY & ASSOCIATES**

                                             */s/ Matthew T. Berry*
                                             Matthew T. Berry
                                             Georgia Bar No.: 055663
                                             matt@mattberry.com
                                             Telephone: (404) 235-3334
                                             2751 Buford Highway, Suite 600
                                             Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2024, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Upgrade, Inc., with adequate postage affixed thereto and addressed as follows:

Karel Raba
Upgrade, Inc.
275 Battery St., Ste. 2300
San Francisco, CA 94111

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*